RONALD K. ALBERTS (SBN: 100017)
LISA K. GARNER (SBN: 155554)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: ralberts@gordonrees.com
Email: lgarner@gordonrees.com

E-FILED: 12-23-09
JS-6

Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY and
THE BOEING COMPANY EMPLOYEE HEALTH
AND WELFARE BENEFIT PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LETVINUCK,<br><br>           Plaintiff,<br><br>      vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>           Defendants. | CASE NO. CV 06-2831-PSG (JTLx)<br><br>Judge: Phillip S. Gutierrez<br>Courtroom: 790<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///
///
///
///
///

- 1 -
PROPOSED JUDGMENT

AETNA/1038982/7353774v.1

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LETVINUCK,<br><br>  Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>  Defendants. | CASE NO. CV 06-2831-PSG (JTLx)<br><br>Judge: Philip S. Gutierrez<br>Courtroom: 790<br><br>**JUDGMENT** |

This is an action for benefits pursuant to the Employee Retirement Income Security Act of 1974. A bench trial on the administrative record was held on December 15, 2009. Plaintiff Debra Letvinuck was represented by Corinne Chandler of Kantor & Kantor; Defendants Aetna Life Insurance Company and The Boeing Company Employee Health And Welfare Benefit Plan were represented by Lisa K. Garner of Gordon & Rees LLP. On December 17, 2009, after considering the arguments and evidence presented, this Court issued its Findings of Fact and Conclusions of Law, finding for the Defendants. Accordingly, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Defendants in this action.

DATED: December 22, 2009

_____
Hon. Philip S. Gutierrez
U.S. District Court

**Gordon & Rees LLP**
**633 West Fifth Street, Suite 4900**
**Los Angeles, CA 90071**

- 3 -
PROPOSED JUDGMENT