E-FILED: 12-27-2011

Corinne Chandler, Esq. SBN: 111423
E-Mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
Debra Letvinuck

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LETVINUCK, | Case No.: CV 06-2831 PSG |
| Plaintiff, | [PROPOSED] JUDGMENT AWARDING PRE JUDGMENT INTEREST |
| VS. | |
| AETNA LIFE INSURANCE COMPANY, THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; | |
| Defendants | |

Pursuant to this Court's Memorandum Opinion dated December 2, 2011, plaintiff is awarded $5,989.63 in prejudgment interest.

Dated: December 22, 2011          _____
                                  The Honorable Philip S. Gutierrez
                                  U.S. District Court Judge

Approved as to Form

   /s/ Lisa Garner
Lisa Garner,
Attorney for Defendant

1.